*E-Filed 7/11/11*

1    Patrick Fredette, # 207284                          (SPACE BELOW FOR FILING STAMP ONLY)
     McCormick, Barstow, Sheppard,
2    Wayte & Carruth LLP
     McCormick Barstow LLP
3    1600 Scripps Center, Suite 1050
     312 Walnut Street
4    Cincinnati, Ohio  45202
     patrick.fredette@mccormickbarstow.com
5    Telephone:    (513) 762-7520
     Facsimile:    (513) 762-7521
6
     Robert K. Landen, # 149407
7    Chet W. Neilson, # 267545
     McCormick, Barstow, Sheppard,
8    Wayte & Carruth LLP
     P.O. Box 28912
9    P.O. Box 28912
     Fresno, CA  93729-8912
10   Telephone:    (559) 433-1300
     Facsimile:    (559) 433-2300
11
     Attorneys for Plaintiff
12   LEXINGTON INSURANCE COMPANY

13                         UNITED STATES DISTRICT COURT

14                        NORTHERN DISTRICT OF CALIFORNIA

15

16   LEXINGTON INSURANCE COMPANY,          Case No.  CV10 4143 RS

17              Plaintiff,                 **STIPULATION TO CONTINUE DATES IN
                                           CASE MANAGEMENT SCHEDULING
18   v.                                    ORDER**  AS MODIFIED BY THE COURT

19   TRAVELERS PROPERTY CASUALTY           **[Accompanying documents: Declaration of
     COMPANY OF AMERICA,                   Chet W. Neilson in Support of Stipulation to
20                                         Continue Dates in Case Management
                Defendant.                 Scheduling Order]**
21

22
           Plaintiff Lexington Insurance Company ("Lexington") and Defendant Travelers Property
23
     Casualty Company of America ("Travelers") submit this stipulation pursuant to Local Rule 6-2
24
     and Local Rule 7-12.
25
           IT IS HEREBY STIPULATED, by and between the parties hereto through their respective
26
     counsel of record that:
27
           1.      The deadline for all non-expert discovery to be completed by the parties is
28

McCORMICK, BARSTOW,
 SHEPPARD, WAYTE &
   CARRUTH LLP
   P.O. BOX 28912
 FRESNO, CA 93729-8912

     STIPULATION TO CONTINUE DATES IN CASE MANAGEMENT SCHEDULING ORDER CV10 4143 RS

1    continued from August 4, 2011 to October 6, 2011

2    2.    The deadline for plaintiff to disclose expert testimony and reports in accordance

3    with Federal Rule of Civil Procedure 26(a)(2) is continued from July 7, 2011 to

4    August 4, 2011.

5    3.    The deadline for defendant to disclose expert testimony and reports in accordance

6    with Federal Rule of Civil Procedure 26(a)(2) is continued from July 21, 2011 to

7    August 18, 2011.

8    4.    The deadline for all discovery of expert witnesses pursuant to Federal Rule of

9    Civil Procedure 26(b)(4) to be completed is continued from August 4, 2011 to

10    October 6, 2011.

11    5.    The date for the Further Case Management Conference is continued from August

12    11, 2011 to October ~~13~~ 20, 2011 at 10:00 a.m. in Courtroom 3, 17th Floor, United

13    States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

14    6.    The deadline for hearing all pre-trial motions is continued from September 8, 2011

15    to November 10, 2011.

16    7.    The deadline for filing the Joint Pretrial Statement is continued from October 6,

17    2011 to December 8, 2011.

18    8.    The final pre-trial conference date is continued from October 20, 2011 to

19    December 22, 2011 at 10:00 a.m., in Courtroom 3, 17th Floor, United States

20    Courthouse, 450 Golden Gate Avenue, San Francisco, California.

21    9.    The trial date is continued from October 31, 2011 to January ~~2~~ 3, 2012, at 9:00 a.m.,

22    in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue,

23    San Francisco, California.

24    IT IS SO STIPULATED.

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

1

STIPULATION TO CONTINUE DATES IN CASE MANAGEMENT SCHEDULING ORDER CV10 4143 RS

1

Dated: July 8, 2011

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

2

3

4

By: /s/ Chet W. Neilson

5

Patrick Fredette
Robert K. Landen

6

Chet W. Neilson
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

7

8

Dated: July 8, 2011

BOHM, MATSEN, KEGEL & AGUILERA,
LLP

9

10

11

By: /s/ A. Eric Aguilera

12

A. Eric Aguilera
Raymond E. Brown
Attorneys for Defendant

13

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

14

15

16

17

PURSUANT TO STIPULATION, IT IS SO ORDERED

18

19

Dated: __7/8/11_____          _____

20

HON. RICHARD SEEBORG

21

22

03704/00124-1770190.v1

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

2

STIPULATION TO CONTINUE DATES IN CASE MANAGEMENT SCHEDULING ORDER CV10 4143 RS