*E-Filed 12/15/11*

| | |
|---|---|
| Patrick Fredette, # 207284<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>McCormick Barstow LLP<br>1600 Scripps Center, Suite 1050<br>312 Walnut Street<br>Cincinnati, Ohio  45202<br>patrick.fredette@mccormickbarstow.com<br>Telephone:     (513) 762-7520<br>Facsimile:     (513) 762-7521<br><br>Robert K. Landen, # 149407<br>Chet W. Neilson, # 267545<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>P.O. Box 28912<br>Fresno, CA  93729-8912<br>Telephone:     (559) 433-1300<br>Facsimile:     (559) 433-2300<br><br>Attorneys for Plaintiff<br>LEXINGTON INSURANCE COMPANY | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>             Defendant. | Case No.  CV10 4143 RS<br><br>**STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[Accompanying documents: Declaration of Patrick Fredette in Support of Stipulation to Continue Hearing on Cross-Motions for Summary Judgment]** |

///

///

///

///

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
CV10 4143 RS

1  Plaintiff Lexington Insurance Company ("Lexington") and Defendant Travelers Property Casualty Company of America ("Travelers") submit this stipulation pursuant to Local Rule 6-2 and Local Rule 7-12.

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel of record that the hearing for the parties' cross-motions for summary judgment, currently scheduled for December 29, 2011, shall be continued to January 5, 2012 at 1:30 p.m. in Courtroom 3 before the Honorable Richard Seeborg.

IT IS SO STIPULATED.

Dated: December 15, 2011                         McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


                                                 By:      /s/Patrick Fredette
                                                          Patrick Fredette
                                                          Robert K. Landen
                                                          Chet W. Neilson
                                                          Attorneys for Plaintiff
                                                 LEXINGTON INSURANCE COMPANY


Dated: December 15, 2011                         BOHM, MATSEN, KEGEL & AGUILERA, LLP


                                                 By:      /s/Raymond E. Brown
                                                          A. Eric Aguilera
                                                          Raymond E. Brown
                                                          Thomas Perea
                                                          Attorneys for Defendant
                                                 TRAVELERS PROPERTY CASUALTY
                                                       COMPANY OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated: __12/15/11_____       _____
                                              HON. RICHARD SEEBORG

03704/00124-1839464.v1

1

STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
CV10 4143 RS