*E-Filed 12/15/11*

| | |
|---|---|
| 1 | Patrick Fredette, # 207284 |
| | McCormick, Barstow, Sheppard, |
| 2 | Wayte & Carruth LLP |
| | McCormick Barstow LLP |
| 3 | 1600 Scripps Center, Suite 1050 |
| | 312 Walnut Street |
| 4 | Cincinnati, Ohio  45202 |
| | patrick.fredette@mccormickbarstow.com |
| 5 | Telephone:     (513) 762-7520 |
| | Facsimile:      (513) 762-7521 |

(SPACE BELOW FOR FILING STAMP ONLY)

Robert K. Landen, # 149407
Chet W. Neilson, # 267545
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
P.O. Box 28912
Fresno, CA  93729-8912
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, | Case No.  CV10 4143 RS |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | **[Accompanying documents: Declaration of Patrick Fredette in Support of Stipulation to Continue Hearing on Cross-Motions for Summary Judgment]** |
| Defendant. | |

///
///
///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. BOX 28912
FRESNO, CA 93729-8912

STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
CV10 4143 RS

Plaintiff Lexington Insurance Company ("Lexington") and Defendant Travelers Property Casualty Company of America ("Travelers") submit this stipulation pursuant to Local Rule 6-2 and Local Rule 7-12.

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel of record that the hearing for the parties' cross-motions for summary judgment, currently scheduled for December 29, 2011, shall be continued to January 5, 2012 at 1:30 p.m. in Courtroom 3 before the Honorable Richard Seeborg.

IT IS SO STIPULATED.

Dated: December 15, 2011

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____/s/Patrick Fredette_____
Patrick Fredette
Robert K. Landen
Chet W. Neilson
Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

Dated: December 15, 2011

BOHM, MATSEN, KEGEL & AGUILERA, LLP

By: _____/s/Raymond E. Brown_____
A. Eric Aguilera
Raymond E. Brown
Thomas Perea
Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __12/15/11__    _____
HON. RICHARD SEEBORG

03704/00124-1839464.v1