**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              SAN FRANCISCO DIVISION

5

6    Lexington Insurance Company,                     No. C 10-04143 RS

7                                                     **STANDBY ORDER OF DISMISSAL**
                    Plaintiffs,
8         v.

9    Travelers Property Casualty Company of
     America,
10
                    Defendants.
11   _____/

12

13        The Court has been informed that the above-entitled action has settled.  Accordingly, the

14   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

15   **August 31, 2012**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

16   appear on **September 6, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco**

17   **Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this

18   Order may result in dismissal of the case.

19

20        IT IS SO ORDERED.

21

22

23   Dated:  7/19/12

24                                                  RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE
25

26

27

28